# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139902

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RAY MORRIS THOMAS,
       Defendant-Appellant.

SC: 139902
COA: 293591
Wayne CC: 08-011693-FC

_____/

     On order of the Court, the application for leave to appeal the September 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125